IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01784-LTB-CBS

ANTHONY E. DEGOURVILLE,
       Plaintiff,
v.

ANDREWS INTERNATIONAL,
TOM DAHL,
ROBERT WIBBEN,
PETE BRADLEY,
TOM PARRISH, and
MARLA GIBSON,
       Defendants.

ORDER FOR SERVICE BY UNITED STATES MARSHAL

Magistrate Judge Craig B. Shaffer

This civil action is before the court for service of the Amended Title VII Complaint (Doc. # 8) on Defendant Andrews International. Pursuant to the Order of Reference dated February 12, 2013 (Doc. # 22), this case was referred to the Magistrate Judge. On July 13, 2012, the court granted Plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (*See* Doc. # 5). On February 11, 2013, Plaintiff filed notice of Defendant Andrews International's correct address. (*See* Doc. # 23). It is now

ORDERED that the United States Marshal shall serve a copy of the Amended Title VII Complaint (Doc. # 8) on Defendant Andrews International at 1438 North Gower Street Box # 1, Hollywood, California 90028. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that after service of process, Defendant Andrews International shall respond to the Amended Title VII Complaint (Doc. # 8) as provided for in the Federal Rules of Civil Procedure.

Dated at Denver, Colorado this 13th day of February, 2013.

BY THE COURT:

 s/ Craig B. Shaffer
United States Magistrate Judge