IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action   12-cv-01784-LTB-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date:           April 16, 2014 | Courtroom Deputy:   Courtni Covington |

| *Parties:* | *Counsel:* |
|---|---|
| ANTHONY E DEGOURVILLE, | *Pro Se* (appearing by telephone) |
| Plaintiff, | |
| v. | |
| ANDREWS INTERNATIONAL, *et al.*, | Kalisha S. Chorba |
| | Erin A. Webber |
| Defendants. | Jack D. Patten, III |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in session:      9:15 a.m.**
Court calls case.  Appearances of *pro se* Plaintiff and counsel for Defendant.

The court addresses Plaintiff regarding his **Motion to Subpoena Dispatch Tape Recordings, Email Correspondence Between Supervisors and Those Individuals Listed in Document No. 68** [Doc. No. 71] and notes the discovery deadline has expired.

Discussion held regarding the information sought, if that material is relevant to his claims, and Defendant's assertion that they have previously provided all records in their custody or control.

The court clarifies that its understanding, after speaking with Plaintiff on the record today, is that he is no longer requesting the dispatch tapes, he will check if he received emails sent by Defendant, and that he is now aware that the court cannot issue subpoenas for witnesses to testify at trial as there is no trial currently set.

**ORDERED:**        The court will **ACCEPT** Plaintiff's oral *Motion to Withdraw* Doc. No. 71. *Plaintiff's Motion to Subpoena Dispatch Tape Recordings, Email Correspondence* [Doc. No. 71, filed 3/24/2014] is **WITHDRAWN**.

HEARING CONCLUDED.        **Court in recess:   9:32 a.m.**        Total time in court:   00:17

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.