**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 12-cv-01784-LTB-CBS

ANTHONY E. DEGOURVILLE,

    Plaintiff,

v.

ANDREWS INTERNATIONAL,
TOM DAHL,
ROBERT WIBBEN,
PETE BRADLEY,
TOM PARRISH, and
MARLA GIBSON,

    Defendants.

---

**ORDER**

---

Plaintiff moves to stay this action to "meet and confirm some kind of settlement to resolve this matter." (Doc 81). A recommendation by the Magistrate Judge issued and filed August 6, 2014 (Doc 80) regarding pending motions is now pending before me. Parties have until August 21, 2014 to file specific written objections to the recommendation. Accordingly

    Plaintiff's motion to stay is DENIED.

                                      BY THE COURT:

                                      s/Lewis T. Babcock
                                      Lewis T. Babcock, Judge

DATED:   August 15, 2014