IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01784-LTB-CBS

ANTHONY E. DEGOURVILLE,

    Plaintiff,

v.

ANDREWS INTERNATIONAL,
TOM DAHL,
ROBERT WIBBEN,
PETE BRADLEY,
TOM PARRISH, and
MARLA GIBSON,

    Defendants.

---

## FINAL JUDGMENT

---

    PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order entered by the Honorable Lewis T. Babcock on August 22, 2014, incorporated herein by reference, it is

    ORDERED that the Magistrate Judge's recommendation is CORRECT.  It is

    FURTHER ORDERED that Plaintiff's Amended Complaint against the individually named Defendants, Tom Dahl, Robert Wibben, Pete Bradley, Tom Parrish, and Marla Gibson is DISMISSED WITHOUT PREJUDICE.  It is

    FURTHER ORDERED that Defendant Andrews International's Motion for Summary Judgment is GRANTED.  It is

    FURTHER ORDERED that final judgment is hereby entered on the Amended Complaint in favor of Defendant, Andrews International, and against Plaintiff, Anthony E. DeGourville.  It is

    FURTHER ORDERED that each party shall bear its own costs and attorney's

2

fees.  It is

      FURTHER ORDERED that plaintiff's Amended Title VII Complaint and this civil action against Andrews International are DISMISSED WITH PREJUDICE.

      DATED at Denver, Colorado this   22nd   day of August, 2014.

                              FOR THE COURT:

                              JEFFREY P. COLWELL, CLERK

                              By: s/Emily Seamon
                              Emily Seamon, Deputy Clerk